IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr50-SPM

LAWRENCE SECREASE,
  a/k/a Law,

    Defendant.
_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, Defendant Lawrence Secrease's unopposed motion to continue revocation hearing (doc. 186) is granted. The revocation hearing is reset for 1:30 p.m. on November 14, 2011, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 12th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge